UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

       v.

                                      Cr. No. 1:15-cr-

JUAN A. PICHARDO MENDEZ
a/k/a JUAN ANTONIO PICHARDO

## INDICTMENT
## COUNT ONE

[21 U.S.C. § 841(a)(1) § 846-Attempt to Possess with Intent to Distribute Cocaine Base]

Beginning at an unknown date but at the latest by July 18, 2014 through and including on or about August 1, 2014, in the District of New Hampshire, defendant,

**JUAN A. PICHARDO MENDEZ**
**a/k/a**
**JUAN ANTONIO PICHARDO**

did knowingly or intentionally attempt to possess with intent to distribute or dispense, a controlled substance, to wit cocaine base, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Section 846.

The Grand Jury further charges:

## COUNT TWO

[21 U.S.C. § 843(b) - Unlawful Use of Communications Facility]

On or about August 1, 2014, in the District of New Hampshire, defendant,

**JUAN A. PICHARDO MENDEZ**
a/k/a
**JUAN ANTONIO PICHARDO**

did knowingly or intentionally use a communication facility, to wit a telephone, in committing or in causing or facilitating the commission of any act or acts constituting attempt to possess with intent to distribute or dispense, a controlled substance, to wit cocaine base, a Schedule II controlled substance as charged in Count One of this indictment.

In violation of Title 21, United States Code, Section 843(b).

Dated: May 20, 2015                          A TRUE BILL

                                                               /s/ Foreperson
                                                               Foreperson of the Grand Jury

DONALD FEITH
Acting United States Attorney
District of New Hampshire

      /s/ Debra M. Walsh
By:    Debra M. Walsh
       Assistant U.S. Attorney