UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 1:15-cr- |
| ) | |
| JUAN A. PICHARDO MENDEZ ) | |
| a/k/a JUAN ANTONIO PICHARDO ) | |

PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled case on the 20th day of May, 2015.

This 20th day of May 2015.

DONALD FEITH
Acting United States Attorney

By: /s/ Debra M. Walsh
Debra M. Walsh
Assistant U.S. Attorney

WARRANT ISSUED: _____