AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

RECEIVED
U.S. MARSHAL
CONCORD, NH
2015 JUN 10 AM 11 40

| United States of America | ) | |
| v. | ) | Case No. 15mj72-01-AJ |
| Randy Bragg | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Randy Bragg,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
  Unlawful possession of a prohibited object (a weapon) while an inmate of a federal correctional facility.

2015 JUN 26 P 1:51
U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

Date: 6·10·2015

_____
Issuing officer's signature

City and state:   Concord, New Hampshire           Andrea K. Johnstone, U.S. Magistrate Judge
                                                   *Printed name and title*

---

**Return**

This warrant was received on *(date)*  06/10/15 , and the person was arrested on *(date)* _____
at *(city and state)*  Concord, NH .

Date: 6/26/15

_____
Arresting officer's signature

Jeffrey White, CI/DUSM
*Printed name and title*