AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of New Hampshire

| | |
|---|---|
| United States of America<br>v.<br><br>JUAN A. PICHARDO MENDEZ<br>a/k/a JUAN ANTONIO PICHARDO<br>*Defendant* | Case No. 1:15-cr- 77-01-JL<br><br>RECEIVED<br>U.S. MARSHAL<br>CONCORD, NH<br>2015 MAY 21 PM 3:3_ |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Juan A. Pichardo Mendez A/K/A Juan Antonio Pichardo,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Attempt to Possess with Intent to Distribute Cocaine Base, in violation of 21 U.S.C. § 841(a)(1) § 846, and Unlawful Use of Communications Facility, in violation of 21 U.S.C. § 843(b).

Date: 5/21/2015

*Issuing officer's signature*

Kathy Dufort, Deputy Clerk
*Printed name and title*

City and state: Concord, New Hampshire

### Return

This warrant was received on *(date)* 05/21/2015, and the person was arrested on *(date)* 06/29/2015
at *(city and state)* Concord, NH.

Date: 06/29/2015

*Arresting officer's signature*

DEREK M. DUNN, SPECIAL AGENT HSI
*Printed name and title*