UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.

<u>Juan A. Pichardo Mendez</u>

Criminal No. 15-cr-77-01-JL

<u>O R D E R</u>

The defendant's oral assented to motion to reschedule jury trial is granted; Final Pretrial is rescheduled to October 26, 2015 at 11:00 AM; Trial is continued to the two-week period beginning November 3, 2015, 9:30 AM.  In addition to various filing deadlines contained in the local rules, the parties shall also file any in limine motions no later than ten (10) days prior to the final pretrial conference.  Objections to motions in limine shall be filed no later than three (3) days prior to the final pretrial conference.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: August 17, 2015

cc:   Debra M. Walsh, AUSA
      Paul J. Garrity, Esq.
      U.S. Marshal
      U.S. Probation