UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) CR. NO. 15-CR-00077-JL |
| JUAN PICHARDO MENDEZ | ) |
| | ) |

## STIPULATION AS TO SPEEDY TRIAL ACT

Pursuant to the Court's Order dated August 18, 2015 requiring the parties to file a stipulated proposed Order in this case with respect to the periods of elapsed and excludable time under the Speedy Trial Act, 18 U.S.C.§ 3161 *et. seq*., the parties offer the following:

The speedy trial clock in this case began with the defendant's arraignment on June 29, 2015.   18 U.S.C. § 3161(c)(1).

The clock stopped on August 17, 2015 with the defendant's request for a continuance of the trial to November 3, 2015.   18 U.S.C. § 3161(h)(1)(D).   A total of 48 days between June 29, 2015 and August 17, 2015 are deducted from the 70 day period provided for in   18 U.S.C. § 3161(h)(1)(D).

The Court granted the Motion to Continue on August 18, 2015 and it continued the trial until November 3, 2015 finding that the ends of justice served by the continuance outweighed the best interests of the public and the defendant in a speedy trial.   Accordingly all such time up through November 3, 2015, is excluded from the Speedy Trial calculation, 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

/s/ Paul J. Garrity                                     /s/ Debra M. Walsh
Paul J. Garrity                                         Debra M. Walsh
N.H. Bar No. 905                                    N.Y. Bar No. 2369627

| | |
|---|---|
| 14 Londonderry Road | Assistant United States Attorney |
| Londonderry, NH 03053 | U.S. Attorney's Office |
| 603-434-4106 | 53 Pleasant Street |
| garritylaw@myfairpoint.net | Concord, NH 03301 |
| | 603-230-2535 |
| | Deb.walsh@usdoj.gov |

Date:   August 19, 2015

## CERTIFICATE OF SERVICE

I hereby certify that the above document was served via ECF on Paul J. Garrity, 14 Londonderry Road, Londonderry, NH 03053, counsel for the defendant on August 19, 2015.

/s/ Debra M. Walsh
Assistant United States Attorney