UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.         )<br>)<br>PICHARDO MENDEZ        )<br>_____) | Cr. No. 15-cr-00077-JL |

NOTICE OF SUBSTITUTE COUNSEL

Enter my appearance as replacement counsel for the United States in the above-entitled case.

        Respectfully submitted,

        DONALD FEITH
        Acting United States Attorney

By:  /s/ Mark S. Zuckerman
        Mark S. Zuckerman
        Assistant U.S. Attorney
        Bar No. 4865(NH)
        53 Pleasant Street, 5th Floor
        Concord, NH  03301
        (603) 225-1552
        mark.zuckerman@usdoj.gov

Date: October 1, 2015

CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice of Substitute Counsel, was filed ECF with a copy sent to Paul Garrity, Esq., 14 Londonderry Rd, Londonderry, NH 03053, counsel for defendant.

        /s/ Mark S. Zuckerman
        Mark S. Zuckerman, AUSA