UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

V.                                                                            DOCKET NO. 15-CR-00077-JL

JUAN PICHARDO MENDEZ

### MOTION, PURSUANT TO 18 U.S.C. 3145(b), TO REVIEW DEFENDANT'S PRE-TRIAL DETENTION

NOW COMES the defendant, Juan Pichardo Mendez, by and through counsel, Paul J. Garrity, and respectfully request that this Court review the Defendant's Detention status with regard to the above entitled matter.

In support of this motion, the defendant states as follows:

1. The Defendant is currently detained subsequent to detention hearings held in this Court on June 29 and June 30, 2015 before Magistrate Judge Johnstone and on review before this Court (Laplante, J.) on August 17, 2015.

2. At the August 17, 2015 detention review hearing, the Defendant proffered that he be released into the third party custody of his close friend, Yadira Solano, who testified at the hearing that the Defendant could reside with her and her children.

3. This Court (Laplante, J.) found that this proffer and other information provided by the Defendant did not rebut the statutory presumption and ordered the Defendant detained pending trial.

4. The Defendant now proffers that the grandmother of his children, Ana Mercedes Vazquez Gonsalez who would be willing to serve as a third party custodian and allow the Defendant to live with her.  The Defendant submits that Ms. Gonsalez resides in

Manchester, New Hampshire at the same address that she has resided at for the past 15 years, and would meet all requirements of an appropriate third party custodian.

5. That the Government does object to this Motion.

WHEREFORE, the defendant respectfully requests that this Court grant his Motion to review the Defendant's Pre-Trial Detention status and further requests that this Court hold a hearing on November 3, 2015 in the afternoon (as the Government has informed the undersigned counsel that they are available for a hearing in the afternoon on November 3,2015) on this matter.

Respectfully submitted,
Juan Pichardo Mendez,
By His Attorney,

DATE:      October 30, 2015         ___/s/ Paul J. Garrity_____
Paul J. Garrity
Bar #905
14 Londonderry Road
Londonderry, NH  03053
603-434-4106

CERTIFICATE OF SERVICE

I, Paul J. Garrity, hereby certify that on this 30th day of October, 2015 a copy of the within Motion to Review Defendant's Pre-Trial Detention has be efiled to the U.S. Attorney's Office and all parties of record and mailed, postage prepaid, to Juan Pichardo Mendez.

_____/s/   Paul J. Garrity_____