# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

USA

v.

Juan Antonio Pichardo-Mendez

Case # 15-cr-77-01-JL

OFFERED BY: US Gvt Plaintiff

## EXHIBITS

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

NOV 03 2015

FILED

| NUMBER/LETTER | DESCRIPTION |
|---|---|
| 1 | Photo of packaged drugs. |
| 2 | Photo of packaged drugs |
| 3 | Photo of packaged drugs |
| 4 | Photo of packaged drugs. |

Receipt of Exhibits acknowledged.
Signed by: [signature]
Date: 11/3/15

USDCNH-25 (2-96)