UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.                                                                                        Docket No. 15-CR-00077-JL

JUAN PICHARDO MENDEZ

## MOTION TO WITHDRAW

NOW COMES Attorney Paul Garrity, current counsel for the defendant, Juan Pichardo Mendez, and moves this Court for authorization to withdraw from further representation of the defendant.

In support of this motion, the undersigned counsel states as follows:

1. The undersigned counsel currently represents the defendant on the above entitled matter.

2. The defendant on toady's date, November 18, 2015, has requested that the undersigned counsel withdraw from further representation and has indicated that he will ask the Court to appoint new counsel.

3. Assistant United States Attorney Mark Zuckerman has been notified of this Motion and Attorney Zuckerman has indicated that the Government takes no position on this Motion.

WHEREFORE, Attorney Paul Garrity respectfully requests that this Court grant this Motion and authorize him to withdraw from further representation of the defendant on the above entitled matter.

Respectfully submitted,
Juan Pichardo Mendez,
By His Attorney,

/s/ Paul J. Garrity
Paul J. Garrity
Bar No. 905
14 Londonderry Road
Londonderry, NH 03053
603-434-4106

CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 18th day of November, 2015, a copy of the within Motion to Withdraw was e-filed and mailed, postage prepaid, to Juan Pichardo Mendez.

/s/ Paul J. Garrity
Paul J. Garrity