I, Juan Pichardo Mendez, hereby waive my right to a speedy trial. This waiver covers all of the time from my arraignment to today's date and for the upcoming motion to continue my trial.

*Juan A Pichardo Mendez*
Juan Pichardo Mendez
11/24/15