UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

V.                                                               DOCKET NO. 15-CR-00077-JL

JUAN PICHARDO MENDEZ

## NOTICE OF WITHDRAWAL OF MOTION

NOW COMES the undersigned counsel, Paul J. Garrity, and hereby notifies this Court that, after consulting with the accused regarding the status of the undersigned counsel, the undersigned counsel wishes to withdraw his previously Motion to Withdraw, which is document 24 on the case docket.

> Respectfully submitted,
> Juan Pichardo Mendez,
> By His Attorney,

DATE:      November 25, 2015          /s/   Paul J. Garrity_____
                                      Paul J. Garrity
                                      Bar #905
                                      14 Londonderry Road
                                      Londonderry, NH  03053
                                      603-434-4106

### CERTIFICATE OF SERVICE

I, Paul J. Garrity, hereby certify that on this 25th day of November, 2015 a copy of the within Assented Motion to Continue has be e-filed to the Assistant United States Attorney, Mark Zuckerman, and all parties of record and mailed, postage prepaid, to Juan Pichardo Mendez.

_____/s/    Paul J. Garrity_____