UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

V.  DOCKET NO. 15-CR-00077-JL

JUAN PICHARDO MENDEZ

ASSENTED TO MOTION TO CONTINUE

NOW COMES the accused, Juan Pichardo Mendez, by and through counsel, Paul J. Garrity, and hereby moves this Court to continue his March 1, 2016 Trial for 30 days.

In support of this Motion the accused states as follows:

1. The accused is scheduled for a Trial on March 1, 2016.

2. Both Parties have reached a tentative plea agreement. However, the additional time requested by this continuance would give both Parties the necessary time to have the tentative plea agreement formalized and approved by the supervising authorities within the United States Attorney's Office.

3. The Government assents to this Motion.

WHEREFORE, the accused respectfully requests that his Motion be granted and that his March 1, 2016 Trial be Continued for thirty (30) days.

Respectfully submitted,
Juan Pichardo Mendez,
By His Attorney,

DATE:  February 9, 2016  /s/  Paul J. Garrity
Paul J. Garrity
Bar #905
14 Londonderry Road
Londonderry, NH  03053

603-434-4106

CERTIFICATE OF SERVICE

I, Paul J. Garrity, hereby certify that on this 9th day of February, 2016 a copy of the within Assented Motion to Continue has be e-filed to the Assistant United States Attorney, Mark Zuckerman, and all parties of record and mailed, postage prepaid, to Juan Pichardo Mendez.

_____/s/   Paul J. Garrity_____