UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.              ) | No. 1:15-cr-77-01-JL |
| ) | |
| JUAN A. PICHARDO MENDEZ ) | |

**SECOND JOINT STIPULATION AND PROPOSED FINDINGS
WITH RESPECT TO APPLICATION OF THE SPEEDY TRIAL ACT**

In response to the Court's Order of February 11, 2016, the parties hereby jointly move the Court to accept the following joint stipulation regarding the application of Title 18, United States Code, Section 3161, et seq. to this case:

(a) since the defendant's initial appearance, 229 days have elapsed and 228 days will have elapsed as of both the final date of the current pending period of excludable time and the currently scheduled trial date; and

(b) since the defendant's initial appearance, 180 days of excludable time has elapsed and, as of both the final date of the current pending period of excludable time and the currently scheduled trial date, 233 days of excludable time will have elapsed.

The parties further stipulate that, as of the currently scheduled trial date, 49 days of non-excludable time will have elapsed and 21 days of non-excludable time will remain.

Respectfully submitted,

EMILY GRAY RICE
United States Attorney

*United States v. Juan A. Perchardo Mendez*, Docket No. 1:15-cr-77-01-JL
Second Joint Stipulation With Respect to Application of Speedy Trial Act
Page 2 of 2

Dated: February 12, 2016              By: /s/Mark S. Zuckerman
                                          Mark S. Zuckerman
                                          Assistant United States Attorney
                                          New Hampshire Bar No. 4865
                                          United States Attorney's Office
                                          53 Pleasant Street, 4th Floor
                                          Concord, NH  03301
                                          (603) 225-1552
                                          mark.zuckerman@usdoj.gov

                                          JUAN A. PICHARDO MENDEZ
                                          Defendant, by his attorney


                                      By: /s/ Paul J. Garrity
                                          Paul J. Garrity
                                          New Hampshire Bar No. 905
                                          14 Londonderry Road
                                          Londonderry, NH  03050
                                          (603) 434-4106

## CERTIFICATION

I hereby certify that a copy of this Joint Stipulation and Proposed Findings with Respect to the Application of the Speedy Trial Act has been served electronically, through ECF, on Paul J. Garrity, 14 Londonderry Road, Londonderry, NH 031050, counsel for the defendant, on February 12, 2016.

                                          /s/ Mark S. Zuckerman
                                          Mark S. Zuckerman
                                          Assistant United States Attorney