# UNITED STATE DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

FILED
2016 FEB 18 A 11: 34

UNITED STATES OF AMERICA

V.                                                  DOCKET NO. 15-CR-00077-JL

JUAN PICHARDO MENDEZ

## WAIVER OF SPEEDY TRIAL

I, <u>Juan Pichardo Mendez, Manchester, NH</u>, waive my right to a speedy trial with respect to the above captioned case. I understand that under the U.S. Constitution I possess the right to require that my trial be commenced with reasonable dispatch and not be unreasonable delayed from the time of my arrest if the date of the alleged offenses.

I understand that I am in no way obligated to sign this waiver. Further, I am executing this waiver of my right to a speedy trial knowingly, intelligently and voluntarily.

Date: 2/13/16                                       _____
                                                    Defendant