UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

V.                                                                         DOCKET NO. 15-CR-00077-JL

JUAN PICHARDO MENDEZ

## ASSENTED TO MOTION TO CONTINUE

NOW COMES the accused, Juan Pichardo Mendez, by and through counsel, Paul J. Garrity, and hereby moves this Court to continue his March 8, 2016 Hearing to a later date.

In support of this Motion the accused states as follows:

1. The accused is scheduled for a Plea Hearing on March 8, 2016 at 10:00 a.m.;

2. However, the undersigned counsel is scheduled for a Jury Trial, Commonwealth v. Kirstyn Mateja, at 9:00 a.m. at Lowell District Court in Lowell, MA;

3. This makes it difficult for the undersigned counsel to appear for the Plea Hearing March 8, 2015 due to time and conflict;

4. That the Assistant US Attorney, Mark Zuckerman, has been contacted and assents to this Motion.

WHEREFORE, the accused respectfully requests that his Motion be granted and that his March 8, 2016 Plea Hearing be Continued to a later date.

                                                        Respectfully submitted,
                                                        Juan Pichardo Mendez,
                                                        By His Attorney,

DATE:          March 4, 2016                    /s/   Paul J. Garrity_____
                                                Paul J. Garrity
                                                Bar #905
                                                14 Londonderry Road
                                                Londonderry, NH  03053
                                                603-434-4106

CERTIFICATE OF SERVICE

   I, Paul J. Garrity, hereby certify that on this 4th day of March, 2016 a copy of the within Assented Motion to Continue has be e-filed to the Assistant United States Attorney, Mark Zuckerman,  and all parties of record and mailed, postage prepaid, to Juan Pichardo Mendez.


                                        _____/s/    Paul J. Garrity_____