UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No: 15-CR-00077-JL |
| | ) | |
| JUAN PICHARDO MENDEZ | ) | |

**ASSENTED TO MOTION FOR LATE FILING OF SENTENCING MEMORANDUM**

NOW COMES, the Defendant, Juan Pichardo Mendez, by and through counsel, Paul J. Garrity, and hereby moves this Court to allow late filing for his Sentencing Memorandum.

In support of this Motion the following is stated:

1. The undersigned counsel wishes to file a Sentencing Memorandum in regards to the above mentioned case.

2. However, due to the undersigned counsel's heavy trial court case load, including, but not limited to, three murder cases, the undersigned counsel has found it difficult to complete the Sentencing Memorandum on time;

3. Additionally, the undersigned counsel was assigned to draft three separate Petitions to Correct Sentence under 28 U.S.C. § 2255. All three petitions are due June 24, 2016 and have been consuming a significant portion of the undersigned counsel's time.

4. The Defendant is requesting that he be allowed to file his Sentencing Memorandum late as the Memorandum contains information relevant for the Defendant's sentencing.

5. The Government has been contacted in regards to this matter and they have no objection to the late filing of the Sentencing Memorandum.

WHEREFORE, the Defendant requests that this Court grant this Motion and allow the late filing of the Sentencing Memorandum.

Respectfully submitted<br>
Juan Pichardo Mendez,<br>
By his Attorney,

Date: June 23, 2016         /s/ Paul J. Garrity
                            Paul J. Garrity
                            Bar No. 905
                            14 Londonderry Road
                            Londonderry, NH 03053
                            603-434-4106

## CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 23rd day of June, 2016, a copy of the within Motion was e-filed for all parties involved.

/s/ Paul J. Garrity
Paul J. Garrity