Acknowledgment – Sentencing Options and Supervision Conditions

# UNITED STATES DISTRICT COURT
## District of New Hampshire

**U.S. DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

JUN 29 2016

**FILED**

UNITED STATES OF AMERICA

v.                                              **ACKNOWLEDGMENT**

<u>Juan A. Pichardo Mendez</u>                   Case Number: <u>15-CR-77-01-JL</u>
Defendant

I, <u>Juan A. Pichardo Mendez</u>, acknowledge that I have received, reviewed and understand the proposed Sentencing Options and Supervision Conditions filed by the U.S. Probation Office in this case.

Date: 6/29/16

_____
Defendant

_____
Defense Counsel

cc: Defendant
    U.S. Attorney
    U.S. Marshal
    U.S. Probation
    Defense Counsel

47

USDCNH-103 (10-14)

## PROPOSED SENTENCING OPTIONS AND SUPERVISION CONDITIONS

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW HAMPSHIRE
### UNITED STATES V. JUAN A PICHARDO MENDEZ, DKT. 0102 1:15CR00077-001-JL

**TOTAL OFFENSE LEVEL**      25
**CRIMINAL HISTORY CATEGORY**      I

|  | **Statutory Provisions** | **Guideline Provisions** | **Plea Agreement Provisions** |
|---|---|---|---|
| **CUSTODY:** | Ct. 1: 0-20 years<br>Ct. 2: 0-4 years | 57-71 months | 37 months (*binding agreement*) |
| **SUPERVISED RELEASE:** | Ct. 1: 3 years-life<br>Ct. 2: 0-1 years | Ct. 1: 3 years<br>Ct. 2: 1 year | Not addressed |
| **PROBATION:** | 1-5 years | Ineligible | Not addressed |
| **FINE:** | Ct. 1: $1,000,000<br>Ct. 2: $250,000 | $10,000-$1,000,000 | Not addressed |
| **RESTITUTION:** | Not applicable | Not applicable | Not applicable |
| **SPECIAL ASSESSMENT:** | $200 | $200 | $200 |

### SUPERVISION:

While on supervision, the defendant shall not commit another federal, state, or local crime, shall comply with the standard conditions that have been adopted by this Court, and shall comply with the following additional conditions:

The defendant shall not illegally possess a controlled substance.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

Pursuant to 42 U.S.C. § 14135a, the defendant shall submit to DNA collection while incarcerated in the Bureau of Prisons, or at the direction of the U.S. Probation Office.

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on supervision and at least two periodic drug tests thereafter, not to exceed 72 drug tests per year of supervision.

The defendant shall pay any financial penalty that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervision.

In addition, the defendant shall comply with the following special conditions:

1. As directed by the probation officer, the defendant shall participate in a program approved by the United States Probation Office for treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse. The defendant shall pay for the cost of treatment to the extent he is able as determined by the probation officer.

2. The defendant shall submit his person, residence, office, or vehicle to a search conducted by a U.S. probation officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion that contraband or evidence of a violation of a condition of release may exist; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

3. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless he is in compliance with the installment payment schedule.

4. The defendant shall provide the probation officer with access to any requested financial information.

5. The defendant shall apply all monies received from income tax refunds, lottery winnings, judgments, and/or any other anticipated or unexpected financial gains to the outstanding court-ordered financial obligation.

        Respectfully submitted,

        Jonathan E. Hurtig
        Chief U.S. Probation Officer


By:   /s/Scott M. Davidson
       Scott M. Davidson
       U.S. Probation Officer


Approved:

/s/Jodi L. Gauvin         06/15/2016
Jodi L. Gauvin            Date
Supervising U.S. Probation Officer